UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 11cr10229 |
| | ) | |
| v. | ) | WIRE FRAUD |
| | ) | 18 U.S.C. § 1343 |
| ELIZABETH REED, | ) | MONEY LAUNDERING |
| Defendant | ) | 18 U.S.C. § 1957 |
| | ) | AIDING AND ABETTING |
| | ) | 18 U.S.C. § 2 |
| | ) | CRIMINAL FORFEITURE |
| | ) | 18 U.S.C. §§ 981, 982 and |
| | ) | 28 U.S.C. § 2461(c) |

**INFORMATION**

The United States Attorney charges that:

**GENERAL ALLEGATIONS**

At all times relevant to this Information:

1. Defendant ELIZABETH REED ("REED") was an individual who resided in Norwood, Massachusetts.

2. REED was a mortgage broker licensed by the Massachusetts Division of Banks. REED was the owner and operator of Mass Lending, LLC ("Mass Lending"), a mortgage loan origination business with a principle place of business at 220 Reservoir Street in Needham, Massachusetts, and an office at 476 Saratoga Street in East Boston, Massachusetts.

3. REED was also the sole shareholder, President, Treasurer, Secretary and Director of Mass Equity Holdings, Inc. ("Mass Equity"), a corporation organized within the Commonwealth of Massachusetts for the purpose of engaging in real estate transactions.

4. REED also opened and exercised authority and control over Citizens Bank checking account No xxxxxx6015 in the name of Mass Equity.

5. REED also caused 135 Neponset Avenue Realty Trust ("Neponset Trust") to be created with M.L. named as Trustee. On or about December 14, 2006, REED replaced M.L. as Trustee.

6. Taylor, Bean & Whitaker Mortgage Corporation ("TBW") was a real estate mortgage company with a principal place of business at Ocala, Florida.

7. New Century Mortgage Corporation ("New Century") was a real estate mortgage company with a principal place of business at Irvine, California.

8. Fremont Investment & Loan ("Fremont") was a real estate mortgage company with a principal place of business at Anaheim Hills, California.

9. Argent Mortgage Co., LLC ("Argent") was a real estate mortgage company with a principal place of business at Irvine, California.

10. IndyMac Bank, F.S.B. ("IndyMac") was a federally insured financial institution with a principal place of business at Pasadena, California.

11. American Brokers Conduit ("American Brokers") was a real estate mortgage company with a principal place of business at Dallas, Texas.

12. TBW, New Century, Fremont, Argent, IndyMac and American Brokers are collectively referred to herein as "the mortgage lenders."

13. As used in this Information, the term "straw buyer" refers to an individual in whose name title to real property was taken and in whose name financing from the mortgage lenders was fraudulently obtained. Straw buyers described in this Information made no down

payment, paid no closing costs, had no intention to reside in the real property, and had no personal capacity or personal intent to repay the mortgage loan.

**OVERVIEW OF THE SCHEME TO DEFRAUD**

14. Beginning in or about December of 2006, and continuing through in or about January of 2007, defendant REED, together with others known and unknown to the United States Attorney, engaged in a scheme to defraud the mortgage lenders in connection with financing of purchases of condominiums at 135 Neponset Avenue in Dorchester, Massachusetts in the names of straw buyers recruited by REED and others known and unknown to the United States Attorney.

15. The scheme to defraud by REED, together with others known and unknown to the United States Attorney, included:

a. The purchase of a multi-family building containing twenty four (24) units at 135 Neponset Avenue in Dorchester, Massachusetts ("Neponset property");

b. The conversion of units in the Neponset property to condominiums for sale to so-called investors;

c. The recruitment and inducement of straw buyers to purchase the condominiums as so-called investors, at prices set by REED;

d. The offer and payment of incentives in the form of kickbacks to straw buyers to induce them to purchase condominium units as investments;

e. The submission to the mortgage lenders of false and fraudulent mortgage loan applications that misrepresented the straw buyers' employment, income and assets;

f. The submission to the mortgage lenders of false and fraudulent mortgage loan documents that falsely represented that the straw buyers had made down payments, had paid closing costs, intended to reside in the properties and intended to personally repay the mortgage loans;

g. The closing of fraudulent mortgage loans in order to obtain seller's proceeds, commissions, brokerage fees, legal fees and other fees.

16. As part of the scheme to defraud, REED and others known and unknown to the United States Attorney fraudulently caused the mortgage lenders to transfer by wire $4,922,175.86, more or less, to the closing attorney's bank account (Citizens Bank account No. xxxxxx9335 at Newton, Massachusetts).

**MANNER AND MEANS OF THE FRAUD**

17. It was a part of the scheme to defraud that on or about December 14, 2006, REED caused a multi-family building containing twenty four (24) units at 135 Neponset Avenue in Dorchester, Massachusetts (the "Neponset Property") to be purchased for $ 2,285,000 in the name of Neponset Trust.

18. It was further a part of the scheme to defraud that in or about December of 2006, REED caused M.L. to resign as Trustee of Neponset Trust and for REED to replace M.L. as Trustee.

19. It was further a part of the scheme to defraud that in or about December of 2006, REED transferred title of the Neponset Property from Neponset Trust to Mass Equity.

20. It was further a part of the scheme to defraud that REED offered a $ 5,000 cash incentive to employees of Mass Lending and others to recruit straw buyers to purchase condominium units in the Neponset Property as "investment properties."

21. It was further a part of the scheme to defraud that REED promised straw buyers that condominium units would be purchased in their names without any funds being paid by straw buyers for down payments and closing costs.

22. It was further a part of the scheme to defraud that REED offered straw buyers kickbacks of between $ 20,000 and $ 35,000, to induce them to purchase condominium units.

23. It was further a part of the scheme to defraud that Mass Lending originated and processed mortgage loan applications in the names of straw buyers for purchases of the 24 condominium units.

24. It was further a part of the scheme to defraud that REED authorized and directed employees of Mass Lending to submit to the mortgage lenders false and fraudulent mortgage loan applications containing material misrepresentations regarding the straw buyers' employment, income and assets.

25. It was further a part of the scheme to defraud that REED caused a closing attorney to be engaged on behalf of the mortgage lenders to prepare loan closing documents and to conduct closings of the mortgage loans in the names of straw buyers.

26. It was further a part of the scheme to defraud that REED and others known and unknown to the United States Attorney caused false and fraudulent mortgage loan documents, including HUD-1 Settlement Statements, to be submitted to the mortgage lenders, which loan documents contained material misrepresentations regarding proceeds paid to the

seller, as well as material misrepresentations that the straw buyers had made down payments, that the closing attorney had collected closing costs from the straw buyers, that the straw buyers intended to reside in the properties and that the straw buyers intended to personally repay the mortgage loans.

27. It was further a part of the scheme to defraud that REED and others known and unknown to the United States Attorney fraudulently caused the mortgage lenders to fund mortgage loans by wire transfers aggregating $ 4,922,175.86, more or less, to the closing attorney's account at Citizens Bank.

28. It was further a part of the scheme to defraud that REED and others known and unknown to the United States Attorney caused mortgage loan proceeds in the amount of $ 2,000,380.23, more or less, to be disbursed from the closing attorney's account to REED.

**COUNTS ONE through FORTY**
**(Wire Fraud – 18 U.S.C. § 1343)**

29. The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 28 of this Information, and further charges that:

30. On or about the dates set forth below, in the District of Massachusetts and elsewhere,

**ELIZABETH REED,**

the defendant herein, together with others known and unknown to the United States Attorney, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, did cause writings, signs, signals, pictures and sounds to be transmitted by means of wire communication in interstate commerce for the purpose of executing such scheme, to wit, wire transfers of fraudulently obtained mortgage loan proceeds, as follows:

| COUNT | DATE | PROPERTY | LENDER | WIRE |
|---|---|---|---|---|
| 1 | 12/19/2006 | 135 Neponset Avenue Unit #2 | TBW | $160,777.59 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 2 | 12/19/2006 | 135 Neponset Avenue Unit #2 | TBW | $57,322.37 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |

| COUNT | DATE | PROPERTY | LENDER | WIRE |
|---|---|---|---|---|
| 3 | 12/19/2006 | 135 Neponset Avenue Unit #6 | TBW | $131,687.41 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 4 | 12/19/2006 | 135 Neponset Avenue Unit #6 | TBW | $24,907.88 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 5 | 12/19/2006 | 135 Neponset Avenue Unit #4 | TBW | $163,517.08 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 6 | 12/19/06 | 135 Neponset Avenue Unit #4 | TBW | $30,618.07 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 7 | 12/19/06 | 135 Neponset Avenue Unit #23 | TBW | $205,162.95 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 8 | 12/20/06 | 135 Neponset Avenue Unit #42 | TBW | $206,069.23 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 9 | 12/20/06 | 135 Neponset Avenue Unit #42 | TBW | $30,169.24 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |

| COUNT | DATE | PROPERTY | LENDER | WIRE |
|---|---|---|---|---|
| 10 | 12/20/06 | 135 Neponset Avenue Unit #26 | TBW | $183,966.50 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 11 | 12/20/06 | 135 Neponset Avenue Unit #26 | TBW | $22,911.20 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 12 | 12/20/06 | 135 Neponset Avenue Unit #31 | TBW | $219,690.86 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 13 | 12/20/06 | 135 Neponset Avenue Unit #31 | TBW | $27,384.68 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 14 | 12/20/06 | 135 Neponset Avenue Unit #32 | TBW | $219,690.86 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 15 | 12/20/06 | 135 Neponset Avenue Unit #32 | TBW | $27,391.56 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |

| COUNT | DATE | PROPERTY | LENDER | WIRE |
|---|---|---|---|---|
| 16 | 12/20/06 | 135 Neponset Avenue Unit #43 | TBW | $163,736.86 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 17 | 12/20/06 | 135 Neponset Avenue Unit #43 | TBW | $20,414.08 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 18 | 12/22/06 | 135 Neponset Avenue Unit #25 | New Century | $219,167.20 wire transfer of funds From: Deutsche Bank Trust Co. Americas in New York, New York To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 19 | 12/22/06 | 135 Neponset Avenue Unit #24 | New Century | $193,379.60 wire transfer of funds From: Deutsche Bank Trust Co. Americas in New York, New York To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 20 | 12/22/06 | 135 Neponset Avenue Unit #45 | New Century | $219,248.00 wire transfer of funds From: Deutsche Bank Trust Co. Americas in New York, New York To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 21 | 12/27/06 | 135 Neponset Avenue Unit #41 | TBW | $206,721.03 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To" Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 22 | 12/27/06 | 135 Neponset Avenue Unit #41 | TBW | $30,209.41 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |

| COUNT | DATE | PROPERTY | LENDER | WIRE |
|---|---|---|---|---|
| 23 | 12/27/06 | 135 Neponset Avenue Unit #3 | TBW | $164,127.60 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 24 | 12/27/06 | 135 Neponset Avenue Unit #3 | TBW | $30,718.19 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 25 | 12/27/06 | 135 Neponset Avenue Unit #5 | TBW | $133,163.40 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 26 | 12/27/06 | 135 Neponset Avenue Unit #5 | TBW | $16,145.33 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 27 | 12/27/06 | 135 Neponset Avenue Unit #33 | TBW | $164,411.99 wire transfer of funds From: Washington Mutual Bank, F.A. in Stockton, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 28 | 12/27/06 | 135 Neponset Avenue Unit #33 | TBW | $20,469.33 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 29 | 12/28/06 | 135 Neponset Avenue Unit #46 | TBW | $186,953.91 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |

| COUNT | DATE | PROPERTY | LENDER | WIRE |
|---|---|---|---|---|
| 30 | 12/28/06 | 135 Neponset Avenue Unit #46 | TBW | $22,976.15 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 31 | 12/29/06 | 135 Neponset Avenue Unit #36 | Fremont | $182,808.54 wire transfer of funds From: Capital Source Bank in Brea, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 32 | 12/29/06 | 135 Neponset Avenue Unit #36 | Fremont | $34,070.22 wire transfer of funds From: Capital Source Bank in Brea, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 33 | 1/2/07 | 135 Neponset Avenue Unit #21 | TBW | $173,642.80 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 34 | 1/2/07 | 135 Neponset Avenue Unit #21 | TBW | $45,122.57 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 35 | 1/2/07 | 135 Neponset Avenue Unit #1 | TBW | $166,740.46 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 36 | 1/2/07 | 135 Neponset Avenue Unit #1 | TBW | $30,975.51 wire transfer of funds From: Colonial Bank, N.A. in Kissimmee, Florida To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |

| COUNT | DATE | PROPERTY | LENDER | WIRE |
|---|---|---|---|---|
| 37 | 1/3/07 | 135 Neponset Avenue Unit #35 | Argent | $219,248.00 wire transfer of funds From: Deutsche Bank Trust Co. Americas in New York, New York To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 38 | 1/3/07 | 135 Neponset Avenue Unit #34 | Argent | $193,324.62 wire transfer of funds From: Deutsche Bank Trust Co. Americas in New York, New York To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 39 | 1/12/07 | 135 Neponset Avenue Unit #44 | American Brokers | $182,820.32 wire transfer of funds From: Bank of New York in New York, New York To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |
| 40 | 1/12/07 | 135 Neponset Avenue Unit #22 | IndyMac | $205,216.17 wire transfer of funds From: One West Bank, F.S.B. (formerly IndyMac Bank, FSB) in Pasadena, California To: Account No. XXXXXX9335 at Citizens Bank in Newton, Massachusetts |

All in violation of Title 18, United States Code, Sections 1343 and 2.

**COUNTS FORTY ONE through FIFTY THREE**
**(Money Laundering – 18 U.S.C. § 1957)**

31. The United States Attorney re-alleges and incorporates paragraphs 1through 30 of this Information, and further charges that:

32. On or about the dates set forth below, in the District of Massachusetts and elsewhere,

**ELIZABETH REED,**

the defendant herein, did knowingly engage and attempt to engage in a monetary transaction, by, through or to a financial institution affecting interstate or foreign commerce, in criminally derived property of a value greater than $ 10,000, the particulars of which are described below, and which was derived from specified unlawful activity, that is, Wire Fraud, in violation of 18 U.S.C. § 1343:

| COUNT | DATE | AMOUNT | TRANSACTION |
|---|---|---|---|
| 41 | 1/2/07 | $ 23,530.09 | Electronic Funds Transfer from Citizens Bank Account No. xxxxxx6015 in the name of Mass Equity To American Express |
| 42 | 1/2/07 | $ 20,000.00 | Electronic Funds Transfer from Citizens Bank Account No. xxxxxx6015 in the name of Mass Equity To American Express |
| 43 | 1/2/07 | $ 15,000.00 | Check #1012 drawn on Citizens Bank Account No. xxxxxx6015 in the name of Mass Equity Payable to S.G. |
| 44 | 1/16/07 | $ 19,828.99 | Check #1048 drawn on Citizens Bank Account No. xxxxxx6015 in the name of Mass Equity Payable to Preti, Flaherty, Beliveau, Pachios & Haley law firm |
| 45 | 1/18/07 | $ 30,000.00 | Check #1050 drawn on Citizens Bank Account No. xxxxxx6015 in the name of Mass Equity Payable to T.F. and D.F. |

| COUNT | DATE | AMOUNT | TRANSACTION |
|---|---|---|---|
| 46 | 1/18/07 | $ 14,130.00 | Check #1053 drawn on Citizens Bank<br>Account No. xxxxxx6015 in the name of Mass Equity<br>Payable to Union Property Management |
| 47 | 1/19/07 | $ 58,974.64 | Electronic Funds Transfer from Citizens Bank<br>Account No. xxxxxx6015 in the name of Mass Equity<br>To American Express |
| 48 | 3/1/07 | $ 25,000.00 | Check #1075 drawn on Citizens Bank<br>Account No. xxxxxx6015 in the name of Mass Equity<br>Payable to Mass Lending, LLC |
| 49 | 3/7/07 | $ 13,000.00 | Check #1077 drawn on Citizens Bank<br>Account No. xxxxxx6015 in the name of Mass Equity<br>Payable to Mass Lending, LLC |
| 50 | 3/14/07 | $ 40,000.00 | Check #1078 drawn on Citizens Bank<br>Account No. xxxxxx6015 in the name of Mass Equity<br>Payable to Mass Lending, LLC. |
| 51 | 3/20/07 | $ 26,544.00 | Check #1086 drawn on Citizens Bank<br>Account No. xxxxxx6015 in the name of Mass Equity<br>Payable to Mass Lending, LLC |
| 52 | 3/21/07 | $ 21,630.00 | Check #1080 drawn on Citizens Bank<br>Account No. xxxxxx6015 in the name of Mass Equity<br>Payable to B.G. |
| 53 | 3/23/07 | $ 36,130.00 | Check #1082 drawn on Citizens Bank<br>Account No. xxxxxx6015 in the name of Mass Equity<br>Payable to Mass Lending, LLC |

All in violation of Title 18, United States Code, Sections 1957 and 2.

**FORFEITURE ALLEGATIONS**
**(18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2)(A) and 28 U.S.C. § 2461(c))**

33. Upon conviction of one or more of the offenses alleged in Counts One through Thirty Nine of this Information, the defendant,

**ELIZABETH REED,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offenses.

34. If any of the property described in paragraph 33, above, as a result of any act or omission of the defendant –

a.. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. §853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

35. Upon conviction of the offense alleged in Count Forty of this Information, the defendant,

**ELIZABETH REED,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offense.

36. If any of the property described in paragraph 35, above, as a result of any act or omission of the defendant –

a.. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. §853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

37. Upon conviction of one or more of the offenses alleged in Counts Forty One through Fifty Three of this Information, the defendant,

**ELIZABETH REED,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

38. If any of the property described in paragraph 37, above, as a result of any act or omission of the defendant –

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. §853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

All pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c).

Respectfully submitted this 16th day of June, 2010.

CARMEN M. ORTIZ
United States Attorney

By: ______________________
VICTOR A. WILD
Assistant U.S. Attorney

RYAN M. DISANTIS
Assistant U.S. Attorney